IN RE: AGAPE LITIGATION

                                             Plaintiff(s)

                   - against -

                                            Defendant(s)

Index # 09-CV-1606

Purchased August 5, 2009

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BRUCE KUSTKA BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 24, 2009 at 09:13 AM at

3178 CHERRYWOOD DRIVE
WANTAGH, NY 11793

deponent served the within SUMMONS AND CONSOLIDATED CLASS ACTION COMPLAINT on AGAPE WORLD BRIDGES LLC. therein named.

        BY LEAVING A TRUE COPY WITH NICHOLAS COSMO, MANAGING MEMBER, BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 48 | 5'8 | 160 |

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Defendant in this action.

Sworn to me on: August 31, 2009

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**BRUCE KUSTKA**

Invoice #: 491810