UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE AGAPE LITIGATION<br><br>This Document Relates To:<br><br><br>All Actions | Master File  No:<br><br>09-CV-1606 |

**NOTICE OF MOTION FOR ENTRY OF JUDGMENT**

TO:   COUNSEL ON ANNEXED SERVICE LIST

      PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated May 3, 2011 the class action plaintiffs, by their undersigned counsel, will move this Court before the Honorable Arthur D. Spatt, on a date set by the Court, in the United States Courthouse, 100 Federal Plaza, Central Islip, New York, for an order pursuant to Fed. R.Civ. P. 54(b) certifying a final judgment against defendant .Bank of America, N.A. and granting such other and further relief as the Court shall deem just and proper.

DATED:  May 3, 2011

                                                  */s/ Louis F. Burke*
                                                  LOUIS F. BURKE

LOUIS F. BURKE, P.C.
LOUIS F. BURKE
460 Park Avenue, 21st Floor
New York, NY:  10022
Telephone:  212/682-1700
212/808-4280 (fax)

ROBBINS GELLER RUDMAN
 & DOWD LLP
SAMUEL H. RUDMAN
ROBERT M. ROTHMAN
EDWARD KROUB
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

ZAMANSKY & ASSOCIATES LLC
JACOB H. ZAMANSKY
EDWARD H. GLENN, JR.
KEVIN D. GALBRAITH
50 Broadway, 32nd Floor
New York, NY  10004
Telephone:  212/742-1414
212/742-1177 (fax)

*Co-Lead Counsel for Plaintiffs*

BERK LAW PLLC
STEVEN N. BERK
1225 Fifteenth Street, NW
Washington, DC  20005
Telephone:  202/232-7550
202/232-7556 (fax)

2

BENJAMIN L. DEL VENTO, P.C.
BENJAMIN L. DEL VENTO
405 Northfield Avenue
West Orange, NJ  07052
Telephone:  973/736-8050
973/758-1802 (fax)

LAW OFFICE OF CHRISTOPHER J. GRAY, P.C.
CHRISTOPHER J. GRAY
460 Park Avenue, 21st Floor
New York, NY  10022
Telephone:  212/838-3221
212/937-3139 (fax)

SEEGER WEISS LLP
STEPHEN WEISS
SCOTT ALAN GEORGE
JONATHAN SHUB
One William Street
New York, NY  10004-2502
Telephone:  212/584-0700
212/584-0799 (fax)

**SERVICE LIST**

Michael D. Schissel
Arnold & Porter LLP
399 Park Avenue
New York, NY 10020-4690
212-715-1000
Fax: 212-715-1399
Email: michael_schissel@aporter.com


Erik Christopher Walsh
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
212-715-1131
Fax: 212-715-1399
Email: erik.walsh@aporter.com


Pamela Addison Miller
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
212-715-1304
Fax: 212-715-1399
Email: pamela_miller@aporter.com